**112**

376 P.2d 54

**Cecil Alvin PECE, Petitioner**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE, New Mexico, Respondent.**

**No. 3 HC.**

Supreme Court of New Mexico.

Oct. 23, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied for the reason that counsel has been appointed by the District Court for petitioner.

376 P.2d 54

**Harry D. SMITH, Petitioner,**

v.

**The PEOPLE of the State of New Mexico et al., Respondents.**

**No. 5 HC.**

Supreme Court of New Mexico.

Nov. 8, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of habeas corpus be and the same is hereby denied for the reasons that the function of writ of habeas corpus is not to review the record for errors of the trial court and the petition states no facts showing petitioner is unlawfully deprived of his liberty.

376 P.2d 54

**James A. RABURN, Petitioner,**

v.

**Harold A. COX, Warden of The New Mexico State Penitentiary, and Dr. Luis H. Zucal of the New Mexico State Penitentiary, Respondent.**

**No. 7 HC**

Supreme Court of New Mexico.

Nov. 19, 1962.

COMPTON, Chief Justice, and CARMODY, MOISE and NOBLE, Justices, concurring; CHAVEZ, Justice, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that the petition does not allege grounds for the issuance of writ of mandamus.